PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
Email: Philip.Borowsky@borowsky.com
       Christopher.Hayes@borowsky.com

Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. STEPHEN GOLDSTEIN, | Case No.: C 08-01323 WHA |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| v. | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and DOES 1 THROUGH 100, | |
| Defendants. | |

Plaintiff R. Stephen Goldstein hereby demands a trial by jury for all the issues so triable in this action.

Dated: March 10, 2008

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES
Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105-1403
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Demand for Jury Trial.wpd

1

Demand for Jury Trial                                C 08-01323 WHA