PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, California 94105-1403
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
Email: Philip.Borowsky@borowsky.com
       Christopher.Hayes@borowsky.com

Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>           Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation,<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and<br>DOES 1 THROUGH 100,<br><br>           Defendants. | Case No.: C 08-01323 WHA<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 10, 2008

                                      BOROWSKY & HAYES LLP

                                      /s/ Christopher J. Hayes
                                      By: CHRISTOPHER J. HAYES
                                      Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

BOROWSKY & HAYES LLP
One Market Plaza, Suite 1275
Steuart Tower
San Francisco, CA 94105-1403
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Certification of Interested Entities or Persons.wpd

1

Certification of Interested Entities or Persons        C 08-01323 WHA