UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

R. Stephen Goldstein

CASE NO. C 08-01323 WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Safeco Insurance Company of Illinois,
Safeco Insurance Company of America, et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✔    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 12, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Philip Borowsky | Plaintiff | (415) 896-6800 | philip.borowsky@borowsky.com |
| Christopher J. Hayes | Plaintiff | (415) 896-6800 | christopher.hayes@borowsky.com |
| R. Lawrence Bragg | Defendants | (916) 923-9505 | labrag@safeco.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/17/2008

/s/ Philip Borowsky
Attorney for Plaintiff

Dated: 3/17/08

Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."