```
 1  R. LAWRENCE BRAGG (SBN: 119194)
    LAW OFFICE OF SHEILA F. GONZALEZ
 2  2730 Gateway Oaks Drive, Suite 210
    Sacramento, CA  95833-3503
 3  Tel:   (916)923-9505
    Fax:   (888)813-3351
 4  Email: labrag@safeco.com

 5  Attorney for Defendants
    SAFECO INSURANCE COMPANY OF AMERICA
 6  and SAFECO INSURANCE COMPANY OF ILLINOIS

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                      NORTHERN DISTRICT OF CALIFORNIA
 9
```

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois Corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, and DOES 1 through 100,<br><br>　　　　　　Defendants. | **Case No.: 3:08-cv-01323-WHA**<br><br>**JOINT REQUEST TO DISTRICT COURT FOR APPOINTMENT OF MAGISTRATE TO HOLD AN EARLY SETTLEMENT CONFERENCE** |

　　　Pursuant to the ADR Phone Conference of April 7, 2008, moderated by Howard Herman, Esq., the parties to the above action request that the District Court authorize a Magistrate Judge to hold an Early Settlement Conference for the following reasons:

　　　1. This is an action for Breach of Insurance Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing, and Declaratory Relief concerning the defendants' duty to defend the

plaintiff in an underlying lawsuit;

2. The underlying lawsuit currently is on appeal in the First District Court of Appeal, and the plaintiff's Appellate Brief in that action is due to be filed shortly;

3. The parties have informally exchanged settlement proposals among themselves but little progress has been made;

4. The plaintiff is a member of this Court's mediation panel, so that mediation before another member of this Court's panel would not be appropriate;

5. In order to achieve an early resolution of this dispute, it is requested that the District Court appoint a Magistrate to schedule an Early Settlement Conference.

Dated: April 7, 2008

BOROWSKY AND HAYES, LLP

By /s/ Phillip Borowsky
PHILLIP BOROWSKY,
Attorney for Plaintiff

Dated: April 8, 2008

LAW OFFICE OF SHEILA F. GONZALEZ

By /s/ R. Lawrence Bragg
R. LAWRENCE BRAGG
Attorney for Defendants,
SAFECO INSURANCE COMPANY OF AMERICA and SAFECO INSURANCE COMPANY OF ILLINOIS