IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R. STEPHEN GOLDSTEIN,

    Plaintiff,

  v.

SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois Corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, and DOES 1 through 100,

    Defendants.
                                        /

No. C 08-01323 WHA

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION/SETTLEMENT**

    This matter is hereby **REFERRED** to **MAGISTRATE JUDGE MARIA-ELENA JAMES** for **MEDIATION/SETTLEMENT**.

    **IT IS SO ORDERED.**

Dated: April 9, 2008.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE