PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, California 94105-1571
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
Email: Philip.Borowsky@borowsky.com
　　　　Christopher.Hayes@borowsky.com

Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and DOES 1 THROUGH 100,<br><br>　　　　Defendants. | Case No.: C 08-01323 WHA<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Date:  N/A<br>Time: N/A |

To the Court and to all parties and their counsel of record:

　　PLEASE TAKE NOTICE of the following change of address effective April 27, 2008:

　　　　PHILIP BOROWSKY, P.C. (State Bar No. 56590)
　　　　CHRISTOPHER J. HAYES (State Bar No. 184287)
　　　　BOROWSKY & HAYES LLP
　　　　**100 Spear Street, Suite 1640**
　　　　**San Francisco, California 94105-1571**

　　The telephone number, facsimile number, and email addresses for Borowsky & Hayes LLP and its attorneys will remain the same.

Dated: May 2, 2008　　　　　　　　　　　BOROWSKY & HAYES LLP


　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Hayes
　　　　　　　　　　　　　　　　　　　　By: CHRISTOPHER J. HAYES
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Notice of Change of Address.wpd

Notice of Change of Address　　　　　　　　　　　　　　　　　　　　　1　　C 08-01323 WHA