PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, California 94105-1571
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
Email: Philip.Borowsky@borowsky.com
　　　　Christopher.Hayes@borowsky.com

Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation,<br>SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and<br>DOES 1 THROUGH 100,<br><br>　　　　　　Defendants. | Case No.: C 08-01323 WHA<br><br>**SEPARATE CASE MANAGEMENT STATEMENT BY PLAINTIFF R. STEPHEN GOLDSTEIN**<br><br>Date:　June 12, 2008<br>Time:　11:00 a.m.<br><br>Before:　　Hon. William H. Alsup,<br>　　　　　　United States District Judge |

　　　Pursuant to this Court's Order Setting Initial Case Management Conference and Civil Local Rule 16-9, Plaintiff R. Stephen Goldstein submits this Separate Case Management Statement. Mr. Goldstein did not do so previously because he expected a stipulation of dismissal to be filed prior to the scheduled case management conference.

　　　Mr. Goldstein does not dispute the Separate Case Management Statement submitted by Defendants Safeco Insurance Company of America and Safeco Insurance Company of Illinois, except in the following particulars:

### STATUS OF SETTLEMENT

　　　The parties' voluntary mediation with JAMS on May 5, 2008 resulted in a Stipulation for Settlement signed that day which called for prompt payment of certain settlement funds,

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Separate Case Mgmt Stmt.wpd

1

Separate Case Management Statement by Plaintiff R. Stephen Goldstein　　　　C 08-01323 WHA

execution of a release, and dismissal of this action. On May 12, 2008, after receiving the settlement funds, Mr. Goldstein's counsel prepared and submitted to Safeco's counsel a Stipulation and Proposed Order of Dismissal with Prejudice.

Safeco has not requested any change to the Stipulation of Dismissal, but has declined to execute it until the parties reach agreement on the terms of a release that Safeco prepared, separate from the already fully executed Stipulation for Settlement. Safeco first submitted draft of the release to Mr. Goldstein's counsel on May 29, 2008. The parties have reviewed and made a number of changes to the draft release since that time. The parties anticipate agreement shortly on all terms of the release. However, the parties were not able to reach full agreement prior to the scheduled case management conference. Mr. Goldstein will be out of the country for about two weeks commencing on June 11, 2008, and not available to review or sign the release in the meantime.

Mr. Goldstein believes that the dismissal of the action need not wait for the completion of the release agreement, since its essential terms are already included in the binding and enforceable Stipulation for Settlement signed by the parties on May 5, 2008.

### FACTS AND LEGAL ISSUES

Safeco's summaries of the facts and legal issues are sufficiently accurate for purposes of this case management conference given the anticipated dismissal of this action. Mr. Goldstein reserves the right to contest those summaries if necessary in the future.

### DISCLOSURE OF INTERESTED ENTITIES

Mr. Goldstein is an individual. No other person has an interest in his claims.

### FURTHER CASE MANAGEMENT CONFERENCE

Mr. Goldstein respectfully requests that a further case management conference (or order to show cause) be set no earlier than 30 days from now, to be vacated upon the approval of the Stipulation and Proposed Order of Dismissal with Prejudice.

Dated: June 11, 2008            BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES
Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Separate Case Mgmt Stmt.wpd

2

Separate Case Management Statement by Plaintiff R. Stephen Goldstein            C 08-01323 WHA