IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R. STEPHEN GOLDSTEIN,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and DOES 1 through 100,

    Defendants.

No. C 08-01323 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff's request to continue the case management conference for thirty days is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE