**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 12, 2008

Case No.  C 08-01323 WHA

Title: R. STEPHEN GOLDSTEIN v. SAFECO INS CO

Plaintiff Attorneys: Christopher Hayes

Defense Attorneys: Kou Lor

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 6/27/08

Discovery Cutoff: 9/30/08

Designation of Experts: 9/30/08

Last Day to File Motion: 10/9/08


Continued to _ for Further Case Management Conference

Continued to  11/17/08 at 2:00pm  for Pretrial Conference

Continued to  12/1/08 at 7:30am  for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for Mediation/Settlement Conference.  Parties have reached a settlement agreement, but the release still needs to be signed.   Court set a trial date in the settlement is not finalized.