R. LAWRENCE BRAGG (SBN: 119194)
**LAW OFFICE OF SHEILA F. GONZALEZ**
2730 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833-3503
Tel:   (916)923-9505
Fax:   (888)813-3351
Email: labrag@safeco.com

Attorney for Defendants
SAFECO INSURANCE COMPANY OF AMERICA
and SAFECO INSURANCE COMPANY OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois Corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, and DOES 1 through 100,<br><br>            Defendants. | **Case No.: 3:08-CV-01323-WHA**<br><br>**DEFENDANTS' INITIAL DISCLOSURES (F.R.C.P. RULE 26(a)(1)** |

Pursuant to this Court's Scheduling Order and F.R.C.P. 26, defendants, Safeco Insurance Company of Illinois and Safeco Insurance Company of America, make their initial disclosures, as follows:

1. Witnesses

R. Stephen Goldstein, address known to his counsel, is expected to have knowledge of the facts concerning the issuance

of the policies by defendants, the underlying litigation, and the settlement of this action on May 5, 2008;

    Patricia Dobashi, address unknown, is expected to have knowledge of the facts concerning the underlying litigation;

    Helene Osuna, address unknown, is expected to have knowledge of the facts concerning the underlying litigation;

    Kim Roeder, employee of defendants, c/o Law Offices of Sheila F. Gonzalez, is expected to have knowledge concerning defendants' handling of the underlying action.

    2. Documents and Tangible Things

    Defendants are in possession of the following documents which will be utilized to support its claims and defenses:

    Copies of the insurance policies issued to plaintiff;

    The pleadings in the underlying action;

    The unprivileged portions of the claims files maintained by defendants concerning the underlying action;

    The Stipulation for Settlement, dated May 5, 2008.

    3. Damages Claimed-Not Applicable.

    4. Liability Insurance Policies-Not Applicable.

///

///

///

///

DEFENDANTS' INITIAL DISCLOSURES

-3-

| | |
|---|---|
| 1  Dated: June 26, 2008 | |
| 2 | LAW OFFICE OF SHEILA F. GONZALEZ |
| 3 | |
| 4 | By _/s/ R. Lawrence Bragg_ |
| 5 | R. LAWRENCE BRAGG |
| | Attorney for Defendants, |
| 6 | SAFECO INSURANCE COMPANY OF |
| | AMERICA and SAFECO INSURANCE |
| 7 | COMPANY OF ILLINOIS |