1  PHILIP BOROWSKY, P.C. (State Bar No. 56590)
   CHRISTOPHER J. HAYES (State Bar No. 184287)
2  BOROWSKY & HAYES LLP
   100 Spear Street, Suite 1640
3  San Francisco, California 94105-1571
   Telephone: (415) 896-6800
4  Facsimile: (415) 896-0600
   Email: Philip.Borowsky@borowsky.com
5         Christopher.Hayes@borowsky.com

6  Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 R. STEPHEN GOLDSTEIN,                  Case No.: C 08-01323 WHA

12            Plaintiff,                  **CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES**

13       v.

14 SAFECO INSURANCE COMPANY OF ILLINOIS,
   an Illinois corporation,
15 SAFECO INSURANCE COMPANY OF AMERICA, a
   Washington corporation, and
16 DOES 1 THROUGH 100,

17            Defendants.

18

19       I hereby certify that I am a member of the bar of this Court and that on June 27, 2008,

20 I served a copy of the **PLAINTIFF'S INITIAL DISCLOSURES** by sending a true copy thereof by

21 electronic mail to Defendants' counsel of record Robert Lawrence Bragg at

22 labrag@safeco.com, the address under which he is registered with this Court's Electronic Case

23 Filing system. In accordance with Rule 5(d)(1) of the Federal Rules of Civil Procedure,

24 Plaintiff's Initial Disclosures will not be filed with the Court.

25 Dated: June 27, 2008

26                                        BOROWSKY & HAYES LLP

27                                        /s/ Christopher J. Hayes
                                          By: CHRISTOPHER J. HAYES
28                                        Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\2008-06-27 POS of Plaintiff's Initial Disclosures.wpd

Certificate of Service of Plaintiff's Initial Disclosures                  C 08-01323 WHA