1  PHILIP BOROWSKY, P.C. (State Bar No. 56590)
   CHRISTOPHER J. HAYES (State Bar No. 184287)
2  BOROWSKY & HAYES LLP
   100 Spear Street, Suite 1640
3  San Francisco, California 94105-1571
   Telephone: (415) 896-6800
4  Facsimile: (415) 896-0600
   Email: Philip.Borowsky@borowsky.com
5         Christopher.Hayes@borowsky.com

6  Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11 R. STEPHEN GOLDSTEIN,                    Case No.: C 08-01323 WHA

12              Plaintiff,                  STIPULATION AND [Proposed]
                                            ORDER OF DISMISSAL WITH PREJUDICE
13       v.
                                            [Fed. R. Civ. P., Rule 41(a)(1)(A)(ii)]
14 SAFECO INSURANCE COMPANY OF ILLINOIS,
   an Illinois corporation,                 Before:    Hon. William H. Alsup,
15 SAFECO INSURANCE COMPANY OF AMERICA, a              United States District Judge
   Washington corporation, and
16 DOES 1 THROUGH 100,

17              Defendants.

18

19 To the Hon. William H. Alsup, United States District Judge, and to the Clerk of the Court:

20      PLEASE TAKE NOTICE that under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

21 Procedure and under that certain Stipulation for Settlement entered into by the parties and

22 their counsel of record on May 5, 2008, Plaintiff R. Stephen Goldstein and Defendants Safeco

23 Insurance Company of Illinois and Safeco Insurance Company of America hereby stipulate

24 to the dismissal of this action with prejudice.

25 Dated: August 25, 2008

26                                          BOROWSKY & HAYES LLP

27                                          /s/ Christopher J. Hayes
                                            By: CHRISTOPHER J. HAYES
28                                          Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel. (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Stipulation of Dismissal.wpd

Stipulation and Order of Dismissal With Prejudice                  1      C 08-01323 WHA

1  Dated: August 25, 2008

2  LAW OFFICE OF SHEILA F. GONZALEZ

3  [signature]

   By: R. LAWRENCE BRAGG
4  Attorneys for Defendants SAFECO INSURANCE
   COMPANY OF ILLINOIS and SAFECO INSURANCE
5  COMPANY OF AMERICA

6

7  **SIGNATURE ATTESTATION**

8  I hereby attest that I have on file all holograph signatures for any signatures indicated
9  by a "conformed" signature (/s/) within this e-filed document.

10 Dated: August 25, 2008

11 BOROWSKY & HAYES LLP

12 /s/ Christopher J. Hayes
   By: CHRISTOPHER J. HAYES
13 Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

14

15 [Proposed]
   **ORDER OF DISMISSAL**

16 Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that this action
17 be, and hereby is, DISMISSED WITH PREJUDICE. The Clerk is directed to close the file.

18 Dated: _____

19

20
   _____
21 United States District Judge

22

23

24

25

26

27

28

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Stipulation of Dismissal.wpd

Stipulation and Order of Dismissal With Prejudice    2    C 08-01323 WHA