PHILIP BOROWSKY, P.C. (State Bar No. 56590)
CHRISTOPHER J. HAYES (State Bar No. 184287)
BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, California 94105-1571
Telephone: (415) 896-6800
Facsimile: (415) 896-0600
Email: Philip.Borowsky@borowsky.com
       Christopher.Hayes@borowsky.com

Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>                     Plaintiff,<br><br>          v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois corporation, SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and DOES 1 THROUGH 100,<br><br>                     Defendants. | Case No.: C 08-01323 WHA<br><br>STIPULATION AND [Proposed] ORDER OF DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P., Rule 41(a)(1)(A)(ii)]<br><br>Before:     Hon. William H. Alsup,<br>             United States District Judge |

To the Hon. William H. Alsup, United States District Judge, and to the Clerk of the Court:

PLEASE TAKE NOTICE that under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and under that certain Stipulation for Settlement entered into by the parties and their counsel of record on May 5, 2008, Plaintiff R. Stephen Goldstein and Defendants Safeco Insurance Company of Illinois and Safeco Insurance Company of America hereby stipulate to the dismissal of this action with prejudice.

Dated: August 25, 2008

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES
Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

1 | Dated: August 25, 2008

LAW OFFICE OF SHEILA F. GONZALEZ

*[signature]*

By: R. LAWRENCE BRAGG
Attorneys for Defendants SAFECO INSURANCE
COMPANY OF ILLINOIS and SAFECO INSURANCE
COMPANY OF AMERICA

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: August 25, 2008

BOROWSKY & HAYES LLP

/s/ Christopher J. Hayes
By: CHRISTOPHER J. HAYES
Attorneys for Plaintiff R. STEPHEN GOLDSTEIN

[Proposed]
**ORDER OF DISMISSAL**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE. The Clerk is directed to close the file.

Dated: September 2, 2008.

*IT IS SO ORDERED*
*[signature]*
United States Judge William Alsup

BOROWSKY & HAYES LLP
100 Spear Street, Suite 1640
San Francisco, CA 94105-1571
Tel (415) 896-6800
Fax (415) 896-0600

G:\Cases\1204 Goldstein\Insurance\Stipulation of Dismissal.wpd

Stipulation and Order of Dismissal With Prejudice                    C 08-01323 WHA

2