UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. STEPHEN GOLDSTEIN,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, et al.,<br><br>　　　　Defendant(s). | No. C08-1323 WHA (BZ)<br><br>**CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for Friday, September 5, 2008, at 9:00 a.m. is **VACATED**.

Dated: September 2, 2008

　　　　　　　　　　　　　　　*Rose Maher*
　　　　　　　　　　　Rose Maher - Deputy Clerk to
　　　　　　　　　　　Magistratege Bernard Zimmerman

1